UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

LAKISHA GREEEN                                                                    Case No.:

        Plaintiff,

v.

FLORIDA POP, LLC,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Please take notice that Defendant, FLORIDA POP, LLC hereby serves this Notice of Removal to this Court of the case styled LAKISHA GREEN v. FLORIDA POP, LLC currently pending in the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, Case No.: 2021-CA-000031, and as grounds states:

## FACTUAL BACKGROUND

1. This is an action for damages and injunctive relief arising out of the termination of Plaintiff's employment with Defendant in April 2020.

2. On February 1, 2021 Plaintiff filed her Complaint against Defendant in the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, Case No.: 2021-CA-000031. *See* Plaintiff's Complaint attached hereto as **Exhibit "A."**

3. According to the allegations of the Complaint, Plaintiff was hired by Defendant as a shift manager in April 2018 and subsequently became pregnant. *Id*.

4. Beginning on December 22, 2019, Plaintiff alleges that Defendant began reducing her hours and harassing her in an attempt to make her quit. *Id*. She was then allegedly terminated on January 4, 2020 but was rehired on January 11, 2020. *Id*.

1

5. On January 14, 2020, Plaintiff alleges that she went out on maternity leave that was approved by Human Resources. *Id*.

6. Prior to the date her maternity leave was supposed to end, Plaintiff allegedly reached out to her supervisors to see if an extension on her leave would be approved. *Id*. However, she allegedly never received a response and was never allowed to return to work. *Id*.

7. Based on these allegations, Plaintiff alleges claims of discrimination based on disability and race under the Florida Civil Rights Act ("FCRA"), gender and pregnancy discrimination under Title VII, and sex-based pay discrimination under the Florida Equal Pay Act. *Id*.

## GROUNDS FOR REMOVAL

8. Any civil action brought in a State court over which the district court would have original jurisdiction may be removed by the defendant to the district court for the district in which the action is pending. 28 U.S.C. § 1441(a). Original jurisdiction exists in civil actions presenting federal questions "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9. Counts III and V of the Complaint allege causes of action arising under Title VII. Therefore, the Court has original jurisdiction as to these claims under 28 U.S.C. § 1331 and these claims may therefore be removed to federal court pursuant to 28 U.S.C. § 1441(a).

10. In any civil action which this Court has original jurisdiction, this Court also has "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367. The test to determine if supplemental jurisdiction is proper is whether the claims asserted derive from a common nucleus of operative

fact. *Upper Chattohoochee Riverkeeper Fund, Inc. v. City of Atlanta*, 701 F.3d 669, 679 (11th Cir. 2012).

11. Counts I and II of the Complaint allege causes of action arising under the FCRA. These causes of action are within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as the allegations in support of Counts I and II stem from the same set of facts, and form part of the same case or controversy, as Plaintiff's federal claims under Title VII.

12. Count IV of the Complaint alleges a cause of action arising under the Florida Equal Pay Act. This cause of action is within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 as the allegations in support of Counts IV stem from the same set of facts, and form part of the same case or controversy, as Plaintiff's federal claims under Title VII.

## **PROCEDURAL MATTERS**

13. Venue in this Court is proper pursuant to 28 U.S.C. § 1441(a) and Local Rule 3.1 because this action is being removed from the state court in which it was originally filed, the Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, to the district court of the United States for the district and division in which such action is pending, the Southern District of Florida, Fort Pierce Division.

14. Defendant has filed a copy of its Notice of Removal pursuant to 28 U.S.C. § 1446(d) with the Clerk of the Court for the Tenth Judicial Circuit, in and for Highlands County, Florida and will give written notice thereof to all parties. Defendant contemporaneously filed its notice of removal in the state court's record with the Clerk of this Court in compliance with 28 U.S.C. § 1447(b). A copy of Defendant's Notice of Filing of Notice of Removal filed in state court is attached hereto as **Exhibit "B."**

15.     Defendant's Notice of Removal was timely filed and without waiver by Defendant, pursuant to 28 U.S.C. § 1446(b)(1), as it was filed within thirty (30) days after the receipt by Defendant, through service or otherwise, of a copy of Plaintiff's Complaint.

**WHEREFORE**, Defendant, FLORIDA POP, LLC respectfully requests this Court to assume jurisdiction of the above-described action now pending in the Tenth Judicial Circuit in and for Highlands County, Florida, pursuant to 28 U.S.C. §§ 1332 and 1441.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF or email: Nora Leto, Esq. Kaylor, Kaylor & Leto, P.A. 625 Commerce Drive, Suites 303-304 P.O. Box 7306 Lakeland, FL 33807-7306 via email: nsl@kaylor-kaylor.com; chr@kaylor-kaylor.comon on this 22nd day of February, 2021.

*KAUFMAN, DOLOWICH & VOLUCK, LLP*

*/s/ Abbye E. Alexander*_____
**ABBYE E. ALEXANDER, ESQUIRE**
Florida Bar No.: 662348
**CHRISTOHER J. PERINI, ESQUIRE**
Florida Bar No.: 0121893
orlandopleadings@kdvlaw.com
301 E Pine Street, Suite 840
Orlando, Florida 32801
Tel: (407) 789-0244
Fax: (888) 502-6353
Attorneys for Defendant.